No. 95–737. ROYCE LABORATORIES, INC. *v.* BRISTOL-MYERS SQUIBB CO. ET AL. C. A. Fed. Cir. Motion of National Association of Pharmaceutical Manufacturers et al. for leave to file a brief

as *amici curiae* granted. Certiorari denied. JUSTICE O'CONNOR took no part in the consideration or decision of this motion and this petition.